FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00815-BNB

HOWARD G. ROBINSON,

     Applicant,

v.

JULIE WANDS, Warden,

     Respondent.

_____

## ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

_____

Applicant, Howard G. Robinson, is a prisoner in the custody of the United States

Bureau of Prisons at the Federal Correctional Institution at Florence, Colorado.  Mr.

Robinson has filed *pro se* an application for a writ of habeas corpus pursuant to 28

U.S.C. § 2241.  The court must construe the application liberally because Mr. Robinson

is not represented by an attorney.  *See Haines v. Kerner*, 404 U.S. 519, 520-21

(1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the court

should not be an advocate for a *pro se* litigant.  *See Hall*, 935 F.2d at 1110.  For the

reasons stated below, Mr. Robinson will be ordered to file an amended pleading if he

wishes to pursue his claims in this action.

The court has reviewed the application filed in this action and finds that the claim

Mr. Robinson is asserting is not a habeas corpus claim.  "The essence of habeas

corpus is an attack by a person in custody upon the legality of that custody, and . . . the

traditional function of the writ is to secure release from illegal custody." *See Preiser v.*

*Rodriguez*, 411 U.S. 475, 484 (1973).  Mr. Robinson is not challenging the validity of his conviction or the execution of his sentence.  Instead, he complains that prison officials are forcing him to pay more than he can afford as part of the inmate financial responsibility program.  Because this claim is not a habeas corpus claim, Mr. Robinson will be directed to file a Prisoner Complaint if he wishes to pursue his claim in this action.

Mr. Robinson is reminded that he must allege specific facts in the Prisoner Complaint that demonstrate how each Defendant he names personally participated in the asserted violations of his rights.  *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976).  In order for Mr. Robinson to state a claim in federal court, his "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492  F.3d 1158, 1163 (10th Cir. 2007).

Finally, the court notes that Mr. Robinson has paid the $5.00 filing fee for a habeas corpus action.  However, because the court has determined that the claim Mr. Robinson is raising is not a habeas corpus claim, the filing fee for this action is $350.00. *See* 28 U.S.C. § 1914(a).  Mr. Robinson is required to pay the entire $350.00 filing fee because he is a prisoner. *See* 28 U.S.C. § 1915(b)(1).  Therefore, Mr. Robinson will be ordered either to pay the remaining $345.00 immediately or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and make monthly payments in accordance with § 1915(b)(2) until the filing fee is paid in

full. Accordingly, it is

ORDERED that Mr. Robinson file **within thirty (30) days from the date of this order** an amended pleading that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Robinson, together with a copy of this order, two copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, **within thirty (30) days from the date of this order**, Mr. Robinson either pay the balance of the $350.00 filing fee or file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Mr. Robinson fails within the time allowed to file an amended pleading as directed and either to pay the balance of the $350.00 filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 2nd day of May, 2011.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-00815-BNB

Howard G Robinson
Reg. No. 27515-112
FCI Florence
PO Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Prisoner Complaint forms** to the above-named individuals on May 3, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk